IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CEDRIC GREENE**                                                                                          **PLAINTIFF**

V.                                      **CASE NO. 5:26-CV-5045**

**HOPE THE MISSION**                                                                                 **DEFENDANT**

### ORDER

On February 18, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of the Complaint pursuant to 28 U.S.C. § 1915 and issued a Report and Recommendation ("R&R") (Doc. 5) finding that the case should be dismissed due to lack of subject matter jurisdiction. On February 24, 2026, Plaintiffs filed Objections to the R&R (Doc. 7), which triggered this Court's *de novo* review of the record. Plaintiff does not dispute that his Complaint fails to state a cognizable federal-question claim. As for diversity jurisdiction, Plaintiff's Objection fails to satisfy the Court that the parties are diverse. Further, it is plain that venue is not properly laid in this forum.

**IT IS THEREFORE ORDERED** that the Objections are **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED WITHOUT PREJUDICE**.

This is the *fourth case* Plaintiff has filed *within a two-week period* that has been dismissed on preservice screening due to lack of subject matter jurisdiction and/or lack of venue. Plaintiff just filed a fifth case today, and the Court's review of that complaint indicates that it suffers from the same jurisdictional infirmities as the four previously dismissed ones. Although the Court is generally sympathetic to the challenges faced by

*pro se* litigants, they have an obligation to at least attempt to familiarize themselves with the Federal Rules of Civil Procedure before filing. This Court has neither the time nor the resources to deal with multiple improperly filed complaints.

**IT IS FURTHER ORDERED** that a **FILING RESTRICTION is imposed on Plaintiff Cedric Greene. The Clerk's Office is DIRECTED to submit all proposed filings to chambers to screen them for failure to comply with the Federal and Local Rules.** All procedurally appropriate submissions will be filed of record.

**IT IS SO ORDERED** on this 24th day of February, 2026.

>*/s/ Timothy L. Brooks*
>TIMOTHY L. BROOKS
>CHIEF UNITED STATES DISTRICT JUDGE